IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES E. SMITH, #P10893,
    Petitioner,

vs.                                    Case No.: 3:05cv165/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 11, 2007. Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's second report and recommendation is adopted and incorporated by reference in this order.

    2. The amended petition for writ of habeas corpus (Doc. 13) is **DENIED**.

**DONE AND ORDERED** this 4th day of October, 2007.

                                  _s/ M. Casey Rodgers_
                                  **M. CASEY RODGERS**
                                  **UNITED STATES DISTRICT JUDGE**