**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CHARLES E. SMITH

    VS                                                  CASE NO.  3:05CV165/MCR/EMT

JAMES R. MCDONOUGH

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    February 14, 2008
Motion/Pleadings: THIRD MOTION FOR CERTIFICATE OF APPEALABILITY
Filed by Petitioner                             on                   Doc.# 70
RESPONSES:
                                                on                   Doc.#
                                                on                   Doc.#
_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## *ORDER*

    Upon consideration of the foregoing, it is ORDERED this 14th day of February, 2008, that:

    The relief requested is DENIED.

                                                  *s/ M. Casey Rodgers*
                                                      M. Casey Rodgers
                                                United States District Judge