**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

CHARLES E. SMITH

      VS                                        Case No.  3:05cv165/MCR/EMT

JAMES R. McDONOUGH

**REFERRAL AND ORDER**

Referred to Magistrate Judge Rodgers on _____ April 28, 2008 _____

Type of Motion/Pleading: FOURTH MOTION FOR CERTIFICATE OF APPEALABILITY

Filed by:  Petitioner _____ on 4/28/08 _____ Document   74 _____

( )  Stipulated/Consented/Joint Pleading

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

                              WILLIAM M. McCOOL, CLERK OF COURT

                            */s/ Teresa Milstead* _____

                            Deputy Clerk: Teresa Milstead

**ORDER**

       Upon consideration of the foregoing, it is **ORDERED** this 1st day of May, 2008, that:

       The requested relief is **DENIED as moot**.  Petitioner's appeal was dismissed January 30, 2008 (Doc. 67), and the Eleventh Circuit denied Petitioner's motion for reconsideration on March 27, 2008 (Doc. 72).

                            *s/ M. Casey Rodgers* _____

                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**